# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20 CV 1829 RWS |
| ) | |
| CORIZON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for leave to proceed in forma pauperis on appeal. On February 23, 2021, I dismissed plaintiff's complaint and certified that an appeal would be frivolous and not taken in good faith under 28 U.S.C. § 1915(a)(3). [Docs. # 3, #4]. For the same reason, I will also deny the motion for leave to proceed in forma pauperis on appeal as I continue to find that plaintiff's appeal is frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that the motion to proceed in forma pauperis on appeal [7] is denied and the Court certifies under 28 U.S.C. § 1915(a)(3) that plaintiff's appeal is frivolous and not taken in good faith.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2021.